IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA HERNANDEZ-ANGUERA, M.D.<br>and ANTON MAHNE, M.D., Individually | : | CIVIL ACTION |
| v. | : | |
| JOCELYN L. CRAPARO, M.D., MARGARET A.<br>BURNS, M.D., BRYN MAWR WOMEN'S<br>HEALTH ASSOCIATES, WOMEN'S<br>HEALTH CARE GROUP OF PA, CRAIG R.<br>HERRING, M.D., and MAIN LINE<br>EMERGENCY MEDICINE ASSOCIATES, LLC. | : | NO. 12-06645 |

## CIVIL JUDGMENT

Before the Honorable L. Felipe Restrepo

AND NOW, this 11th day of June, 2014, in accordance with the verdict of the jury by special interrogatories,

IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of defendants, **JOCELYN L. CRAPARO, M.D., MARGARET A. BURNS, M.D., BRYN MAWR WOMEN'S HEALTH ASSOCIATES, WOMEN'S HEALTH CARE GROUP OF PA, CRAIG R. HERRING, M.D., and MAIN LINE EMERGENCY MEDICINE ASSOCIATES, LLC.** and against plaintiffs, **MARIA HERNANDEZ-ANGUERA, M.D., and ANTON MAHNE, M.D.,** on all claims.

BY THE COURT:

ATTEST: /s/ Juanita M. Davis
Juanita M. Davis
Deputy Clerk